AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: MAXIMUM: 10 years' imprisonment, $250,000 fine; 3 years' supervised release; $100 special assessment; forfeiture

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

---- DEFENDANT - U.S ----

JOSHUA PITTMAN

DISTRICT COURT NUMBER

CR 21-0251 JSW

**FILED**
Jun 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
_____

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form   Stephanie M. Hinds
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Mohit Gourisaria

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED

Jun 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CR 21-0251 JSW

JOSHUA PITTMAN

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___15th___ day of

June 2021

Clerk

Bail, $ __No bail__

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Jun 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA PITTMAN,<br><br>Defendant. | CASE NO. CR 21-0251 JSW<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about August 10, 2020, in the Northern District of California, the defendant,

JOSHUA PITTMAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock 27 Gen4 handgun bearing serial number SUP574, and loaded with ammunition, namely, one round of .40 caliber Winchester S&W ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

| | |
|---|---|
| 1 | FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |
| 2 | The allegations contained in the sole count of this Indictment are re-alleged and incorporated by |
| 3 | reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) |
| 4 | and Title 28, United States Code, Section 2461(c). |
| 5 | Upon conviction of the offense set forth in this Indictment, the defendant, |
| 6 | JOSHUA PITTMAN, |
| 7 | shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, |
| 8 | United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the |
| 9 | offense, including, but not limited to, the following property: |
| 10 | a. one Glock 27 Gen4 handgun, serial number SUP574; |
| 11 | b. all ammunition seized in the above firearm, including one round of .40 caliber |
| 12 | Winchester S&W ammunition and multiple rounds of ammunition in the magazine; |
| 13 | and |
| 14 | c. 21 rounds of FN 5.7 x 28 mm ammunition located in defendant's fanny pack on or |
| 15 | about August 10, 2020. |
| 16 | If any of the property described above, as a result of any act or omission of the defendant: |
| 17 | a. cannot be located upon exercise of due diligence; |
| 18 | b. has been transferred or sold to, or deposited with, a third party; |
| 19 | c. has been placed beyond the jurisdiction of the court; |
| 20 | d. has been substantially diminished in value; or |
| 21 | e. has been commingled with other property which cannot be divided without |
| 22 | difficulty, |
| 23 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, |
| 24 | United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

INDICTMENT                              2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: June 15, 2021                                                            A TRUE BILL.


                                                                                      /s/
                                                                                FOREPERSON
                                                                                San Francisco

STEPHANIE M. HINDS
Acting United States Attorney


       /s/
MOHIT GOURISARIA
Assistant United States Attorney

INDICTMENT                                               3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. JOSHUA PITTMAN

**CASE NUMBER:** CR 21-0251 JSW

**Is This Case Under Seal?** Yes ✓ No

**Total Number of Defendants:** 1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF   OAK ✓   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Mohit Gourisaria

**Date Submitted:** 06/15/2021

**Comments:**

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)