RICHARD TAMOR
TAMOR & TAMOR
ATTORNEYS AT LAW
 The Sierra Building
 311 Oak Street, Suite 108
 Oakland, CA  94607
 Telephone:  (415) 655-1969
 Fax:  (415) 887-7658
 E-Mail:  rtamor@TamorLaw.com
*Attorneys for Joshua Pittman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>JOSHUA PITTMAN,<br><br>　　Defendant. | CASE NO.  CR-21-00251 JSW<br><br>JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER CONTINUING STATUS<br><br>Date:  April 5, 2022<br>Time:  12:00 p.m.<br>Court:  Hon. Jeffrey S. White |

　　　The parties submit this Joint Status Report statement in response to the Court's March 30, 2022, Order Regarding Upcoming Criminal Proceedings and Requiring Joint Report by 9:00 a.m. on April 4, 2022.

　　　The defense is continuing to review discovery with Mr. Pittman and continuing to perform investigation.  The parties are also in active settlement discussions and would request a continuance to May 3, 2022, at which time the parties expect to either set a change of plea or set a trial date and/or motion briefing schedule.

　　　Undersigned defense counsel has met and conferred telephonically with Mr. Pittman who is detained at the Santa Rita Jail about the subject of the Court's Order and responds to the Court's inquiries as follows:

　　　1) Mr. Pittman is willing to waive disclosure of the PSR before a plea is entered so that

JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE　　　　　　　　　　　　　　　　1
21-00251 JSW

    the plea may be taken at the time sentence will be imposed.  The parties will agree to a continuance of any admission so that the defendant may be sentenced at the same time;

2) For all other matters identified in Paragraph A1-5 of the Court's Order, Mr. Pittman does not waive his physical appearance.

3) Mr. Pittman does not wish to appear personally in court if a further continuance of this proceeding is required; and

4) For all the matters identified in Paragraph B1-3 of the Court's Order, Mr. Pittman desires a telephonic status conference and will waive his appearance.

The parties agree to the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv), from April 5, 2022 to May 3, 2022 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, including time for counsel to schedule a review of a draft plea agreement with Mr. Pittman.

DATED: April 2, 2022

                                           /s/
                                RICHARD TAMOR
                                Counsel for Joshua Pittman

                                           /s/
                                STEPHANIE M. HINDS
                                United States Attorney
                                By: LAUREN HARDING
                                Assistant United States Attorney

1
2
3  **[PROPOSED] ORDER**
4    Based on the reasons provided above by the parties, the Court hereby FINDS that for
5  adequate preparation of the case by defense counsel, and in the interest of justice, pursuant to 18
6  U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy
7  Trial Act.  IT IS HEREBY ORDERED THAT this matter is continued for status conference on
8  May 3, 2022 at 12:00 p.m. and time is excluded from April 5, 2022 to May 3, 2022.
9       IT IS SO ORDERED.
10
11 DATED:                                              _____ _____
                                                      HON. JEFFREY S. WHITE
12                                                    United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28