1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LAUREN M. HARDING (CABN 308029)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Lauren.Harding@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. 4:21-CR-00251 JSW
                                           )
14            Plaintiff,                    )  JOINT STATUS REPORT AND STIPULATION TO
                                           )  CONTINUE STATUS CONFERENCE AND
15       v.                                 )  EXCLUDE TIME FROM MAY 17, 2022 TO
                                           )  SEPTEMBER 13, 2022 AND [PROPOSED] ORDER
16  JOSHUA PITTMAN,                         )
                                           )
17            Defendant.                    )
                                           )
18  _____)

19        Counsel for the defendant, Joshua Pittman, and counsel for the government submit the following

20  joint status report in response to the Court's April 4, 2022 Order (Dkt. 14):

21        The parties have reached a plea agreement in this matter and request that the Court continue the

22  status conference currently set for May 17, 2022, to September 13, 2022, and set the September 13, 2022

23  hearing for a change of plea and sentencing.  The parties further request that the Court order U.S.

24  Probation to prepare a pre-sentencing report in advance of the September 13, 2022 sentencing.

25        It is further stipulated by and between counsel for the United States and counsel for the

26  defendant Joshua Pittman that time be excluded under the Speedy Trial Act from May 9, 2022 through

27  September 13, 2022.   The government and counsel for the defendant have agreed that time be excluded

28  under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 4:21-cr-00251 JSW

discovery already produced.  For this reason, the parties stipulate and agree that excluding time until September 13, 2022 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 9, 2022 through September 13, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:      5/9/2022                              _____/s/_____
                                                 Lauren M. Harding
                                                 Assistant United States Attorney


DATED:      5/9/2022                              _____/s/_____
                                                 Richard A. Tamor
                                                 Counsel for Defendant Joshua Pittman

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court:

1.  VACATES the status conference currently set for May 17, 2022 and ORDERS a change of plea and sentencing to be held in person on September 13, 2022 at 9 a.m. at the U.S. District Courthouse, Courtroom 5 (2nd Floor) at 1301 Clay Street, Oakland, CA 94612.

2.  ORDERS U.S. Probation to prepare a pre-sentencing report in advance of the September 13, 2022 hearing.

3.  ORDERS that the time from May 9, 2022 through September 13, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Failing to exclude time from May 9, 2022 through September 13, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 4:21-cr-00251 JSW

1    further finds that the ends of justice served by excluding the time from May 9, 2022 through

2    September 13, 2022 from computation under the Speedy Trial Act outweigh the best interests

3    of the public and the defendant in a speedy trial.

4        IT IS SO ORDERED.

5

6    DATED: _____

7                                             HON. JEFFREY S. WHITE
                                         United States District Judge