```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        Lauren.Harding@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSHUA PITTMAN,<br><br>    Defendant. | NO. 4:21-CR-00251 JSW<br><br>ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM MAY 17, 2022 TO SEPTEMBER 27, 2022 |

Counsel for the defendant, Joshua Pittman, and counsel for the government submit the following joint status report in response to the Court's April 4, 2022 Order (Dkt. 14):

The parties have reached a plea agreement in this matter and request that the Court continue the status conference currently set for May 17, 2022, to September 27, 2022, and set the September 27, 2022 hearing for a change of plea and sentencing. The parties further request that the Court order U.S. Probation to prepare a pre-sentencing report in advance of the September 27, 2022 sentencing.

It is further stipulated by and between counsel for the United States and counsel for the defendant Joshua Pittman that time be excluded under the Speedy Trial Act from May 10, 2022 through September 27, 2022. The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 4:21-cr-00251 JSW

discovery already produced. For this reason, the parties stipulate and agree that excluding time until September 27, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 10, 2022 through September 27, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   5/10/2022

/s/
Lauren M. Harding
Assistant United States Attorney

DATED:   5/10/2022

/s/
Richard A. Tamor
Counsel for Defendant Joshua Pittman

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court:

1. VACATES the status conference currently set for May 17, 2022 and CONTINUES the matter for an in person change of plea and sentencing on September 27, 2022 at 9 a.m. at the U.S. District Courthouse, Courtroom 5 (2nd Floor) at 1301 Clay Street, Oakland, CA 94612.

2. ORDERS the parties to a joint notice by no later than September 6, 2022, setting forth their positions on whether they will consent to the Court meeting with the Probation Officer in advance of the plea and sentencing hearing.

3. ORDERS U.S. Probation to prepare a pre-sentencing report ("PSR") and to file the PSR by September 13, 2022.

4. ORDERS the parties to file their sentencing memoranda by no later than September 20, 2022.

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 4:21-cr-00251 JSW

5. ORDERS the parties to submit the proposed plea agreement to the JSWCRD@cand.uscourts.gov email address and to the JSWPO@cand.uscourts.gov email address by 9:00 a.m. on September 13, 2022.

6. ORDERS that the time from May 10, 2022 through September 27, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court concludes that failing to exclude time from May 10, 2022 through September 27, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 10, 2022 through September 27, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 10, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 4:21-cr-00251 JSW